Honorable Natalie M. Cox
United States Bankruptcy Judge

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
PO Box 777757
Henderson, NV 89077
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASEY MARIE HOUTSINGER,<br><br>Debtor. | Case No. 26-15652-nmc<br>Chapter 7<br><br>**ORDER ON APPLICATION TO EMPLOY**<br><br>Hearing Date: November 19, 2026<br>Hearing Time: 11:00 a.m. |

A motion entitled APPLICATION TO EMPLOY RANDAZZA LEGAL GROUP, PLLC AS SPECIAL COUNSEL [ECF #11] (the "***Application***"), filed by chapter 7 trustee Robert E. Atkinson ("***Trustee***") came on for hearing. Appearances were noted on the record. No opposition was filed.

The Application sought approval for the Trustee to employ Randazza Legal Group, PLLC as his special counsel in this case, to pursue claims of legal malpractice and related causes of action against Debtor's prior counsel arising from their representation of the Debtor in an Oregon state court case (the "***Claims***"), as described in the Application.

All findings of fact and conclusions of law stated by the Court at the hearing are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable to these proceedings via Fed. R. Bankr. P. 9014(c) and 7052. For the reasons stated on the record by the Court at the hearing,

**IT IS HEREBY ORDERED:**

1. The Application is granted, as specified herein.

2. The Trustee is hereby authorized pursuant to 11 U.S.C. § 327(a) to employ Randazza Legal Group, PLLC as his special counsel in this case, to pursue the Claims described in the Application, on the terms of the engagement agreement attached as Exhibit 1 to the Application.

3. The Application's additional request for a determination of reasonableness under 11 U.S.C. § 328 is denied.

**IT IS SO ORDERED**.

# # #

Respectfully submitted by:

/s/ Robert Atkinson
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE

**CERTIFICATION re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirements set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###